DELBELLO DONNELLAN
WEINGARTEN WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Erica Feynman Aisner, Esq.
Julie Cvek Curley, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

BROOKLYN RENAISSANCE, LLC,                      Chapter 11
                                                Case No. 15-43122 (CEC)
                            Debtor.
-----------------------------------------------------------------X

## DEBTOR'S NOTICE OF QUALIFIED BIDS AND AUCTION REPORT

**PLEASE TAKE NOTICE**, that Brooklyn Renaissance, LLC, the above captioned debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, represents that in accordance with the Sale Procedures Order entered by the Court on October 30, 2015 [Docket No. 44] the only Qualified Bid received in connection with the sale of the Debtor's property located at 555-557 Union Street, Brooklyn, New York (the "Property") is that of the Stalking Horse Bidder, JJCC Real Estate, LLC (the "Purchaser") in the amount of $3,800,000.00.

**PLEASE TAKE FURTHER NOTICE**, that the auction for the sale of the Debtor's Property was conducted on November 17, 2015 at 11:00 a.m. (Eastern Standard Time) where JJCC Real Estate, LLC was selected by the Debtor as the Successful Bidder on the Property in the amount of $3,800,000.00.

**PLEASE TAKE FURTHER NOTICE,** that a Sale Hearing shall be held before the

Honorable Carla E. Craig, Chief United States Bankruptcy Judge, Eastern District of New York, at the United States Bankruptcy Courthouse, E.D.N.Y. (Brooklyn Division), 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **November 18, 2015 at 3:00 p.m**. or as soon thereafter as counsel may be heard to, authorize the sale of the Property to the Purchaser based upon the results of the sale procedures, and grant such other related relief as may be deemed necessary or proper by the Court

Dated: White Plains, New York
November 17, 2015

                                        Respectfully submitted,

                                        DELBELLO DONNELLAN WEINGARTEN
                                        WISE & WIEDERKEHR, LLP
                                        *Attorneys for the Debtor*
                                        One North Lexington Avenue
                                        White Plains, New York 10601
                                        (914) 681-0200

                                        By: */s/ Jonathan S. Pasternak*
                                                  Jonathan S. Pasternak

Honorable Carla E. Craig, Chief United States Bankruptcy Judge, Eastern District of New York, at the United States Bankruptcy Courthouse, E.D.N.Y. (Brooklyn Division), 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **November 18, 2015 at 3:00 p.m**. or as soon thereafter as counsel may be heard to, authorize the sale of the Property to the Purchaser based upon the results of the sale procedures, and grant such other related relief as may be deemed necessary or proper by the Court

Dated: White Plains, New York
       November 17, 2015

                                      Respectfully submitted,

                                      DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200

By: */s/ Jonathan S. Pasternak*
     Jonathan S. Pasternak