# Notice Recipients

| District/Off: 0207−1 | User: adobson | Date Created: 12/18/2015 |
|---|---|---|
| Case: 1−15−43122−cec | Form ID: pdf000 | Total: 37 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr       FIA 555 Union Holdings, LLC
intp    NYCTL 1998−2 Trust, and the Bank of New York Mellon as Collateral Agent and Custodian for the NYCTL 1998−2 Trust

                                                                                                               TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty      Arnold Mitchell Greene      amg@robinsonbrog.com
aty      Erica Feynman Aisner      efeynman@ddw−law.com
aty      Jay S Markowitz      jsmarkow@aol.com
aty      Jonathan S Pasternak      jpasternak@ddw−law.com
aty      Julie Cvek Curley      JCurley@ddw−law.com
aty      Mark L Cortegiano      mark@cortegianolaw.com
aty      Michael H Resnikoff      mresnikoff@windelsmarx.com

                                                                                                                TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Brooklyn Renaissance, LLC      P.O. Box 3294      Church Street Station      New York, NY 10008
cr        Anthony Salzano      c/o Law Offices of Jay Markowitz      159−16 Union Turnpike      Suite 301      Fresh Meadows, NY 11366
cr        Maspeth Federal Savings and Loan Association      Mark L. Cortegiano, Esq.      65−12 69th Place      Middle Village, NY 11379 UNITED STATES
8619410      Anthony Salzano      55 Union Street, Apt 3      Brooklyn, NY 11215
8619412      City of New York      Department of Finance      59 Maiden Lane − 24thFloo      New York, NY 10038
8619413      East River Mortgage Corp      c/o James McGown      85 Luquer Street      Brooklyn, NY 11231
8621571      FIA 555 Union Holdings, LLC      c/o Robinson Brog et al.      Attn: A. Mitchell Greene      875 Third Avenue      New York, New York 10022
8668867      FIA 555 UNION HOLDINGS, LLC      C/O ROBINSON BROG LEINWAND GREENE GENOVE      875 THIRD AVENUE      NEW YORK, NEW YORK 10022
8619414      FIA555 Union Holdings LLC      555 Union Street      Brooklyn, NY 11215
8640803      INTERNAL REVENUE SERVICE      P.O. BOX 7346      PHILADELPHIA, PA 19101−7346
8672644      J.P. Morgan Mortgage Acquisition Corp.      PIB Law ATTN: R. Christopher Owens, Esq.      270 Davidson Avenue      Somerset, New Jersey 08873      908−725−9700
8619415      JPMorgan Mortgage Acquis      c/o JPMorgan Chase Bank NA      3415 Vision Drive      Columbus, OH 43219
8620917      M&T Bank      One M&T Plaza      Buffalo, NY 14240
8619416      Maspeth Federal Savings      56−18 69th Street      Maspeth, NY 11378
8632155      MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION      c/o Mark L. Cortegiano, Esq.      65−12 69th Place      Middle Village, NY 11379
8668155      Maspeth Federal Savings and Loan Association      c/o Mark L. Cortegiano, Esq.      65−12 69th Place      Middle Village, NY 11379
8662724      New York City Dept of Finance      345 Adams Street      3rd Floor      Brooklyn NY 11201
8640761      New York City Water Board      Department of Environmental Protection      Andrew Rettig, Assistant Counsel      59−17 Junction Blvd, 13th Floor      Flushing NY 11373−5108
8623748      New York State Department of Taxation & Finance      Bankruptcy section      P O Box 5300      Albany New York 12205−0300
8684927      NYC Office of Administrative Trials & Hearings      James Macron      66 John Street, 10th Floor      New York NY 10038
8716631      NYCTL 1998−2 Trust      ATTN: 223069      500 Ross Street 154−0455      Pittsburgh, PA 15262
8668812      NYCTL 1998−2/MTAG      MTAG Services, LLC      8609 Westwood Center Drive, Suite 325      Vienna, VA 22182      Attn: Kenneth LaVine
8668865      NYCTL 1998−2/MTAG      MTAG Services, LLC      8609 Westwood Center Drive, Suite 325      Vienna, VA 22182      Attn: Thomas Yancey
8668866      NYCTL 2014−A MTAG      MTAG Services, LLC      8609 Westwood Center Drive, Suite 325      Vienna, VA 22182      Attn: Kenneth LaVine
8668868      NYCTL 2015−A Trust MTAG      MTAG Services, LLC      8609 Westwood Center Drive, Suite 325      Vienna, VA 22182      Attn: Thomas Yancey
8619417      The Cherry Tree Corp      c/o James McGown      85 Luquer Street      Brooklyn, NY 11231
8632278      W.W. Grainger, Inc.      7300 N. Melvina Ave.      Niles, IL 60714      Attn: Special Collections Dept.

                                                                                            TOTAL: 27